UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAUVAREEN BEVERLY, M.D.,

                Plaintiff,

-against-

1115 HEALTH & BENEFITS FUND, et al.,

                Defendants.
------------------------------------------------------------X

JUDGMENT
02-CV-1834 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2005 ★
P.M. _____
TIME A.M. _____

    An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on December 12, 2005, granting defendants' motion for summary judgment; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York
         December 12, 2005

                                                /s/
                                       ROBERT C. HEINEMANN
                                       Clerk of Court